**UNITED STATES of America,**
Plaintiff—Appellee,

v.

**Juan Manuel ORTIZ–CHAVOLLA,**
a/k/a Juan Manuel Chavolla; et
al., Defendant—Appellant.

No. 04–50327.

D.C. No. CR–03–01037–SJO.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Jaime Guerrero, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Nadine C. Hettle, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before NELSON, T.G., WARDLAW, and TALLMAN, Circuit Judges.

## MEMORANDUM**

Juan Manuel Ortiz–Chavolla appeals the 77–month sentence imposed following his guilty plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326(a), (b)(2). We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

Because appellant was sentenced under mandatory Sentencing Guidelines, we remand for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.